| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FERNANDO PAREDES, #28021-078 §
§
*versus* § CIVIL ACTION NO. 4:20-CV-417
§ CRIMINAL ACTION NO. 4:18-CR-69(5)
UNITED STATES OF AMERICA §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation (#12) concluding that the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed pursuant to 28 U.S.C. § 2255 should be denied and dismissed with prejudice. No objections were timely filed.[1]

The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED** with prejudice. A Certificate of Appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

**Signed this date**
**Sep 21, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation was returned to the Court and marked, "Return to Sender." (Dkt. #13).